510-1174                                                    RPV/TPR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES HATTERY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Court No.: 04-75-GPM |
| | ) |
| HEALTH CARE PROFESSIONALS, LTD., | ) |
| ADRIAN FEINERMAN, PAM GRUBMAN | ) |
| LEORA HARRY, WARDEN EUGENE | ) |
| MCADORY | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants HEALTH PROFESSIONALS, LTD. ("HPL") and DR. ADRIAN FEINERMAN, through their attorneys, ROBERT P. VOGT and WELDON-LINNE & VOGT, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, move for summary judgment in their favor and against plaintiff Charles Hattery. As set forth more fully below, and the accompanying memorandum of law and Rule 56.1 statement of uncontested material facts, no issue or fact remains on the plaintiff's 42 USC Sect. 1983 claim and summary judgment is warranted. In further support thereof, the defendants state as follows:

    1.    Plaintiff Charles Hattery instituted this 42 USC Sect. 1983 claim allegeing that the defendants were deliberately indifferent to his serious medical needs. Specifically, the plaintiff alleges that the defendants failed to provide the plaintiff with cataract surgery for his left eye.

2. The undisputed facts in this case show that Dr. Feinerman, the lone individual defendant, and HPL, Dr. Feinerman's employer, responded appropriately to the plaintiff's vision complaints.

3. The undisputed facts reveal that after being informed of the plaintiff's vision complaint, Dr. Feinerman referred the plaintiff to see an ophthalmologist, Dr. Thomas Fleming. Dr. Fleming examined the plaintiff's left eye and referred the plaintiff to see Dr. Klingele, a cataract surgeon. Dr. Klingele examined the plaintiff for the purpose of determining whether surgery was appropriate for the plaintiff's cataract condition.

4. After Dr. Klingele examined the plaintiff's left eye, Dr. Klingele informed Dr. Feinerman that surgery was not medically necessary because the plaintiff's retina was stable and the vision in the plaintiff's right eye was sufficient. Relying on the recommendation from the specialist, Dr. Feinerman did not order any further surgical intervention.

5. Over the next several years, the plaintiff was repeatedly examined by an optometrist in connection with his cataract complaints.

6. From June, 2002 through his transfer to Stateville Correctional Center in June, 2005, the plaintiff was examined by an optometrist, Dr. Williams, on six (6) separate occasions. On each occasion, the optometrist set forth his opinion regarding whether surgery was required for the plaintiff's left eye cataracts. Never was surgery recommended by the specialist. Dr. Feinerman relied on those recommendations in caring for and treating the plaintiff.

7. In the end, after Dr. Feinerman's initial referral to Dr. Fleming, no specialist ever recommended or ordered that surgery be provided for the plaintiff's left eye cataract. As a result, Dr. Feinerman was never under an obligation to unilaterally order such surgery to be performed since it was not being recommended by the specialists who were examining the patient.

8. In light of these undisputed facts, no deliberate indifference is present in this case and summary judgment should be rendered in favor of the defendants.

WHEREFORE, Defendants HPL and DR. FEINERMAN, respectfully request and pray that this Court grant their motion for summary judgment.

Respectfully submitted,

**WELDON-LINNE & VOGT**

By: /s/ Robert P. Vogt
    Robert P. Vogt

**WELDON-LINNE & VOGT**
105 West Madison Street, Suite 1400
Chicago, Illinois 60602
(312) 236-5151
Pldg/ motion for summary judgment

510-1174 RPV

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES HATTERY | ) |
| Plaintiff, | ) |
| v. | ) Court No.: 04-75-GPM |
| HEALTH CARE PROFESSIONALS, LTD., ADRIAN FEINERMAN, PAM GRUBMAN LEORA HARRY, WARDEN EUGENE MCADORY | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I, Robert P. Vogt, certify that on **February 5, 2007,** I electronically filed **Defendants' Motion for Summary Judgment,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

(no efile recipients)

and hereby certify that on **February 5, 2007,** I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Mr. Charles Hattery #A83101
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434

Respectfully Submitted,

**WELDON-LINNE & VOGT**

By: /s/ Robert P. Vogt
Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
105 West Madison Street, 14th Floor
Chicago, Illinois 60602
(312) 236-5151